UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:08-bk-15906-MGW

Chapter 13

| | |
|---|---|
| IN RE: | : |
| | : |
| David C. Cozzette, | : |
| | : |
| Debtor. | : |
| _____ | : |

### CERTIFICATE OF SERVICE OF ORDER GRANTING NEWALLIANCE BANK'S SECOND AMENDED MOTION FOR RELIEF FROM STAY AND ABANDONMENT RE: 66 Putnam Park Road, Bethel, Connecticut 06801

I HEREBY CERTIFY that a true copy of the Order Granting Second Amended Motion By NewAlliance Bank For Relief From Stay And Abandonment Re: 66 Putnam Park Road, Bethel, Connecticut 06801 was furnished on January 20, 2010 by U.S. Mail and on January 19, 2010 by e-mail to persons listed on the Court's electronic mailing list.

I HEREBY FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(a).

Dated: January 20, 2010

/s/ Lawrence M. Weisberg
Lawrence M. Weisberg, Esquire
Florida Bar No. 962198
Counsel for NewAlliance Bank
Greenfield & Coomber, P.A.
7000 W. Palmetto Park Road, Suite 402
Boca Raton, Florida 33433
Telephone: (561) 362-7355
Facsimile: (561) 828-5858
E-mail: bankruptcy@lmwlegal.com

**SERVICE LIST**

David C. Cozzette
12255 Lavender Loop
Bradenton, FL   34212

Becket & Lee, LLP
Alane Ann Becket
16 General Warren Boulevard
P. O. Box 3001
Malvern, PA   19355

D. Turner Matthews, Esquire
1720 Manatee Avenue West
Bradenton, FL   34205

Linh K. Tran, Esquire
B-Line, LLC
2101 Fourth Avenue, Suite 1030
Seattle, WA   98121

National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, TN   38125

PRA Receivables Management, LLC
P. O. Box 41067
Norfolk, VA   23541

Terry E. Smith
P. O. Box 6099
Sun City Center FL   33571